## McCORMICK *v.* PARKER.

[No. 11,959.   Filed November 18, 1924.]

From Sullivan Circuit Court; *Walter F. Wood*, Judge.

Action between Emma O. McCormick, as surviving partner, and John J. Parker. From the judgment rendered, the former appeals. *Affirmed.*

*Lindley & Bedwell*, for appellant.
*Martin L. Pigg*, for appellee.

PER CURIAM.—Judgment affirmed.

## MARTIN ET AL. *v.* RECK.

[No. 11,920.   Filed November 20, 1924.]

From the Tipton Circuit Court; *James M. Purvis*, Judge.

Action between Harry Martin and others and John L. Reck. From the judgment rendered, the former appeal. *Affirmed.*

*George W. Osborn*, for appellant.
*Cassius M. Gentry*, *Ernest E. Cloe* and *Frank S. Campbell*, for appellee.

PER CURIAM.—Judgment affirmed.

## KROFT *v.* KROFT.

[No. 11,954.   Filed November 20, 1924.]

From Marshall Circuit Court; *Reuben R. Carr*, Judge.

Action between Alice Kroft and Ulysses S. Kroft. From the judgment rendered, the former appeals. *Affirmed.*

*Jesse Sanford* and *B. F. Watson*, for appellant.
*Albert B. Chipman*, for appellee.

PER CURIAM.—Judgment affirmed.